THIS ORDER IS APPROVED.

Dated: August 06, 2010

*James M. Marlar*
JAMES M. MARLAR
Chief Bankruptcy Judge



Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RAMON FIGUEROA<br>ANA FIGUEROA,<br><br>          Debtors.<br><br>_____<br><br>ANA FIGUEROA,<br><br>          Plaintiff,<br><br>v.<br><br>CENTRAL MORTGAGE COMPANY<br><br>          Defendant. | Case no: 4:08-bk-11596-JMM<br><br>Chapter 13 Proceeding<br><br><br><br><br><br><br><br>Adversary Proceeding<br>Case no.: 4:10-ap-00331-JMM<br><br>ORDER APPROVING<br>STIPULATION |

The parties having stipulated, and good cause appearing,

IT IS ORDERED that the Stipulation attached hereto as Exhibit A is hereby adopted as the Order of the Court.

DATED this ___ day of August, 2010.

_____
United States Bankruptcy Court

Copy of the foregoing mailed
this 2nd day of August, 2010 to:

Dianne C. Kerns, Trustee
7320 N. La Cholla, #154-413
Tucson, AZ 85741

1

```
 1  Leonard J. McDonald
    William A. Fischbach III
 2  Tiffany & Bosco, P.A.
    2525 E. Camelback Road, Third Floor
 3  Phoenix, AZ 85016

 4  Mr. and Mrs. Ramon Figueroa
    13795 E. Corte La Pata
 5  Vail, AZ 85641

 6   /s/ Krystina Johnson
```

# EXHIBIT A

Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

RAMON FIGUEROA
ANA FIGUEROA,

Debtors.

ANA FIGUEROA,

Plaintiff,

v.

CENTRAL MORTGAGE COMPANY

Defendant.

Case no: 4:08-bk-11596-JMM

Chapter 13 Proceeding

Adversary Proceeding
Case no.: 4:10-ap-00331-JMM

STIPULATION

Debtors, RAMON FIGUEROA and ANA FIGUEROA, by and through counsel undersigned, and CENTRAL MORTGAGE COMPANY, by and through its counsel undersigned, hereby stipulate to the following:

RECITALS

1. On March 2, 2010, Debtors filed an adversary proceeding against Central Mortgage Company.

2. On March 23, 2010, Central Mortgage Company filed a motion for relief from the automatic stay.

3. On March 25, 2010, Central Mortgage Company, through its counsel, Tiffany & Bosco, filed an Answer to the adversary complaint.

1

4. On April 6, 2010, Debtors objected to the motion for relief from the automatic stay, arguing that the matter should be heard in conjunction with the adversary proceeding.

5. On June 7, 2010, at the preliminary hearing on the motion for relief from the automatic stay, the Court combined the motion with the adversary proceeding for purposes of trial, and scheduled trial for July 12, 2010.

6. The parties stipulated on July 8, 2010 to a short continuance of the trial in an attempt to resolve the issues raised by the pleadings.

7. The Court continued the trial to August 3, 2010.

8. Since that time Central Mortgage Company agreed to evaluate Debtors for a loan modification. On July 30, 2010, following a formal loan modification review, counsel for Central Mortgage Company advised debtors' counsel that debtors were not eligible for a loan modification.

9. As a result of the loan modification review, Debtors agreed to withdraw their objection to the motion for relief from the automatic stay and dismiss the adversary proceeding.

## STIPULATION

10. Based on the foregoing, Debtors' objection to the motion for relief of automatic stay will be withdrawn.

11. The parties stipulate that the motion for relief from the automatic stay will be granted.

12. All hearings are hereby vacated.

13. The adversary proceeding will be dismissed.

14. Each party is to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

DATED this 2nd day of August, 2010.

          LAW OFFICE OF KATHRYN L. JOHNSON, PLC

          By: /s/ Kathryn L. Johnson
              Attorney for Debtors

```
                                        TIFFANY & BOSCO, P.A.
                                        By: /s/ William M. Fischbach III
                                            William M. Fischbach III
                                            attorney for Central Mortgage Company
```

Copy of the foregoing mailed
this 2nd day of August, 2010 to:

Dianne C. Kerns, Trustee
7320 N. La Cholla, #154-413
Tucson, AZ 85741

Leonard J. McDonald
William A. Fischbach III
Tiffany & Bosco, P.A.
2525 E. Camelback Road, Third Floor
Phoenix, AZ 85016

Mr. and Mrs. Ramon Figueroa
13795 E. Corte La Pata
Vail, AZ 85641

/s/ Krystina Johnson